| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LAW OFFICE DIAZ & ASSOCIATES, P.C.<br>Andrian Johnson, Esquire<br>309 Fellowship Road, Suite 200<br>Mt. Laurel NJ 08054<br><br>In Re:<br>FRANK ABT, III<br>　　　　　　Debtor. |

Case No.: 17-11259

Chapter: 13

Judge: KCF

## NOTICE OF OBJECTION TO CLAIM
## OF ATLANTIC CREDIT AND FINANCE, INC (CLAIM #4)

The Debtor has filed an objection to your claim in this bankruptcy case.

**Your Claim may be reduced, modified or eliminated. You should read these papers carefully and discuss then with your attorney, if you have one.**

If you do not want the Court to eliminate or change your claim, then within seven (7) days prior to the scheduled hearing you and your attorney must:

File with the Court a written response explaining your position at:

**UNITED STATES BANKRUPTCY COURT**
**Clarkson S. Fisher Courthouse**
**402 East State Street**
**Trenton, NJ 08608**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must mail a copy to:

| | |
|---|---|
| Adrian Johnson, Esquire | Albert Russo, Trustee |
| Law Office of Diaz & Associates | Standing Chapter 13 Trustee |
| 309 Fellowship Road, Suite 200 | CN 4853 |
| Mt. Laurel, NJ 08054 | Trenton, NJ 08650 |

If you or your attorney do not take steps, the Court may decided that you do not opposed the objection to your claim.

Dated: September 22, 2017                              By: /S/ Adrian Johnson, Esquire
                                                           Adrian Johnson, Esquire