| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Law Office of Diaz & Associates, P.C.<br>309 Fellowhip Road, Suite 200<br>Mt. Laurel, NJ 08054 | |
| In Re:<br><br>Frank Abt, III | Case Number: 16-32071<br>Hearing Date: 1/11/2017<br>Judge: KCF<br>Chapter: 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

This matter having been presented to the Court by _____Adrian Johnson, Esq_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*